STATE of Missouri, Respondent,

v.

Weldon W. JONES, Appellant.

No. WD 36077.

Missouri Court of Appeals,
Western District.

July 9, 1985.

Lew Kollias, Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., T. Chad Farris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and SOMERVILLE, JJ.

ORDER

PER CURIAM:

Appeal from conviction for burglary in the first degree, § 569.160, RSMo 1978, and sentence of twelve years imprisonment.

Judgment affirmed. Rule 30.25(b).